## Arent Fox
### ATTORNEYS AT LAW

_____ FILED _____ ENTERED
_____ LODGED _____ RECEIVED

JUL 7 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

**Arent Fox Kintner Plotkin & Kahn, PLLC**
1050 Connecticut Avenue, NW
Washington, DC 20036-5339
202/857-6000
Fax 202/857-6395
www.arentfox.com

**Michael K. Lowman**
(202)857-6459
lowmanm@arentfox.com

July 6, 2000

## BY FACSIMILE

The Honorable J. Frederick Motz
United States District Judge
U.S. District Court for the District of Maryland
101 West Lombard Street
Baltimore, MD 21201

Re: *Riggs National Bank N.A. v. Edward J. Harris, Jr.* et ano.,
Civil No. JFM 00-952

Dear Judge Motz:

Per your Memorandum dated June 20, 2000, the parties have conferred regarding the number of hours that they estimate will be required in the above-captioned matter. As a result, the parties have agreed to limit the number of deposition hours to 16 hours for plaintiff and 16 hours for the defendants.

Respectfully submitted,

Michael K. Lowman

cc: Henry Abrams, Esq.
    Defendant's Counsel (by facsimile)