LAW OFFICES OF

## SAUL, EWING, WEINBERG & GREEN

| PHILADELPHIA, PENNSYLVANIA | SAUL, EWING, REMICK & SAUL LLP | NEW YORK, NEW YORK |
| BERWYN, PENNSYLVANIA | 100 SOUTH CHARLES STREET | PRINCETON, NEW JERSEY |
| HARRISBURG, PENNSYLVANIA | BALTIMORE, MD 21201-2773 | WILMINGTON, DELAWARE |
|  | (410) 332-8600 |  |

KIMBERLY A. MANUELIDES
(410) 332-8844
FACSIMILE (410) 332-8645
kmanuelides@saul.com

FILE NUMBER
_____ FILED  _____ ENTERED  46611.00001
_____ LODGED  _____ RECEIVED

JUL 12 2000
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
DEPUTY

July 7, 2000

**VIA FACSIMILE 410-962-2698**
The Honorable J. Frederick Motz
Chief Judge
United States District Court
 for the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

    Re:   *Riggs Bank, N.A. v. Edward J. Harris, Jr., et al.*
           *Civ. No. JFM-00-952*

Dear Judge Motz:

    Pursuant to my conversation with your Chambers yesterday, this letter is to let you know of the parties' mutual agreement to extend the time for Defendants to respond to Plaintiff's Motion for Summary Judgment by three weeks. This extension is sought in order to give the parties time to explore fully the opportunity of settlement. Accordingly, please know that we anticipate filing a response on or before August 7, 2000.

    Thank you for your consideration.

                              Very truly yours,

                              Kimberly A. Manuelides

cc:   Michael Lowman, Esquire
       Timothy Brown, Esquire
       Henry R. Abrams, Esquire

638913 1 7/7/00