UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2000 SEP -6  A 10: 57

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

| | |
|---|---|
| RIGGS BANK N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. JFM 00CV952 |
| ) | |
| EDWARD J. HARRIS, JR.; and ) | |
| ANDRE DOWNEY, ) | |
| ) | |
| Defendants. ) | |

**ORDER ENLARGING PLAINTIFF'S**
**TIME TO SERVE REPLY PAPERS**

COMES now before this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 105.9, the Motion of plaintiff Riggs Bank, N.A. ( "Riggs") To Enlarge Time To Serve Reply Papers in further support of its Motion For Summary Judgment. Given the fact that there will be no prejudice to plaintiff, and for good cause shown, Riggs' time to serve reply papers in further support of its Motion For Summary Judgment is hereby extended from September 5, 2000 to, and including September 18, 2000.

It is hereby ORDERED.

_____         _____
Date                            United States District Court Judge