

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | |
|---|---|
| RIGGS BANK N.A., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Case No. JFM 00CV952 |
| ) | |
| EDWARD J. HARRIS, JR.; and ) | |
| ANDRE DOWNEY, ) | |
| ) | |
| Defendants. ) | |

### ORDER GRANTING PARTIES' JOINT MOTION TO AMEND
### SCHEDULING ORDER AND ENLARGE TIME FOR PRETRIAL MATTERS

COMES now before this Court, pursuant to Rule 6(b) of the Federal Rules of Civil Procedure and Local Civil Rule 105.9, the joint motion of the parties to the above-captioned action for an Order amending the Scheduling Order entered May 31, 2000 and enlarging the schedule for the pretrial activities by eight weeks from the date of entry of an order regarding Riggs' motion for summary judgment. Given the fact that there will be no prejudice to the parties, and for good cause shown, the parties' joint motion is hereby GRANTED.

It is hereby ORDERED.

_____September 29, 2000_____     _____
        Date                                United States District Court Judge

Copies to:

Michael K. Lowman
ARENT FOX KINTNER PLOTKIN
 & KAHN, PLLC
1050 Connecticut Avenue, N.W.
Washington, D.C. 20036

Henry R. Abrams
Saul Ewing Weinberg & Green
100 South Charles St.
Baltimore, MD 21201-2773