**UNITED STATES DISTRICT COURT**

DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

October 12, 2000

Memo To Counsel Re: Riggs Bank v. Edward Harris, Jr., et al.
Civil No. JFM-00-952

Dear Counsel:

Enclosed please find a memorandum and order I am entering today granting Riggs' summary judgment motion on the issue of liability only.

A scheduling conference will be held at 8:30 a.m. on November 3, 2000. Please bring your calendar with you to the conference. If any of you would prefer to hold the conference by conference call, please call my chambers to make the necessary arrangements.

The conference will be held in my chambers located in Room 510 on the fifth floor of the Courthouse.

Very truly yours,

J. Frederick Motz
United States District Judge

P.S. In light of the fact that Riggs will ultimately be entitled to recover attorneys' fees, it might in everyone's interest for you to attempt to resolve the disagreements you have about damages issues without further litigation.

