IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| RIGGS BANK N.A. | * |
| | * |
| v. | * Civil No. JFM-00-952 |
| | * |
| EDWARD J. HARRIS, JR., ET AL. | * |

\*\*\*\*\*

ORDER

For the reasons stated in the accompanying memorandum, it is, this 12th day of October 2000

ORDERED

1. Plaintiff's motion for summary judgment is granted in part;

2. Judgment on the issue of liability is entered in favor of plaintiff against defendants, jointly and severely;

3. Discovery is permitted on the sale and seizure of AER's assets; and

4. Plaintiff is entitled to an award of attorneys' fees and costs, and plaintiff shall submit evidence of its fees and costs at the close of the case.

J. Frederick Motz
United States District Judge

