UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 W. LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
FAX (410) 962-2698

November 29, 2000

Memo To Counsel Re: Riggs Bank v. Edward Harris, et al.
Civil No. JFM-00-952

Dear Counsel:

This will confirm the two deadlines set during the scheduling conference held on November 27, 2000.

January 31, 2001          Discovery deadline

February 16, 2001         Deadline for plaintiff's motion for summary judgment

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

J. Frederick Motz
United States District Judge

cc: Court File

